Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LANGLEY AND VINCE LANGLEY, <br><br> Plaintiff, <br><br> vs. <br><br> ARS NATIONAL SERVICES, INC. <br><br> Defendant. | Case No. 2:11-cv-00417-MCE -GGH <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 30th day of December, 2011.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 30th day of December, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 30th day of December, 2011, via the ECF system to:

Honorable Morrison C. England, Jr.
Judge of the United States District Court
Eastern District of California

Copy sent via mail on this 30th day of December, 2011, to:

Susan L. Germaise
McGuireWoods LLP
1800 Century Park East
8th Floor
Los Angeles, CA 90067

By: s/Todd M. Friedman
    Todd M. Friedman